# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

*FILED ELECTRONICALLY*

ROBERT KONDIK,

                Plaintiff,

v.

FIRST RESOLUTION INVESTMENT          Case 5:17-CV-266-JMH
CORP., UNIFUND CCR, LLC,
UNIFUND CCR PARTNERS, and
FENTON & MCGARVEY LAW
FIRM, P.S.C.,

                Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Robert Kondik, and Defendants, First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners, and Fenton & McGarvey Law Firm, P.S.C. (collectively, the "Defendants"), hereby jointly request that this Court dismiss Plaintiff's claims against Defendants with prejudice. The parties shall bear their own costs and fees, unless otherwise specified in the Class Action Settlement Agreement approved in *Joseph L. Islas v. First Resolution Investment Corp., et al.*, Case No. 1:16-cv-141-GNS, United States District Court for the Western District of Kentucky.

This the 14th day of June, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ James R. McKenzie (w/ permission) | /s/ R. Brooks Herrick |
| James R. McKenzie | Joseph N. Tucker |
| James R. McKenzie Attorney, PLLC | R. Brooks Herrick |
| 115 S. Sherrin Ave., Suite 5 | DINSMORE & SHOHL LLP |
| Louisville, KY 40207 | 101 S. Fifth St., Suite 2500 |

Phone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
Phone: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*

Louisville, KY 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
kirby.stephens@dinsmore.com
*Counsel for Defendants First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners*

Respectfully submitted,

/s/ Thomas C. Fenton (w/ permission)
Thomas C. Fenton
Morgan & Pottinger, PSC
401 S. Fourth St., Suite 1200
Louisville, KY 40202
Phone: (502) 589-2780
tcf@morganand pottinger.com
*Counsel for Defendant Fenton & McGarvey Law Firm, P.S.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served this 14th day of June, 2018, using the Court's ECF system to the following.

| | |
|---|---|
| James McKenzie<br>James R. McKenzie Attorney, PLLC<br>115 S. Sherrin Avenue, Suite 5<br>Louisville, Kentucky 40207<br>jmckenzie@jmckenzielaw.com<br>*Counsel for Plaintiff* | James H. Lawson<br>Lawson at Law, PLLC<br>115 S. Sherrin Avenue, Suite 5<br>Louisville, Kentucky 40207<br>james@kyconsumerlaw.com<br>*Counsel for Plaintiff* |

Thomas C. Fenton
Morgan & Pottinger, PSC
401 S. Fourth St., Suite 1200
Louisville, KY 40202
tcf@morganand pottinger.com
*Counsel for Defendant Fenton & McGarvey Law Firm, P.S.C.*

                                          /s/ R. Brooks Herrick
                                          *Counsel for Defendants First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners*

12992696v1