```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                CENTRAL DIVISION at LEXINGTON
```

ROBERT KONDIK,                      )
                                    )
    Plaintiff,                      )   Civil No. 5:17-cv-266-JMH
                                    )
v.                                  )
                                    )
FIRST RESOLUTION INVESTMENT         )           **ORDER**
CORP., UNIFUND CCR, LLC,            )
UNIFUND CCR PARTNERS, and           )
FENTON & MCGARVEY LAW FIRM,         )
P.S.C.,                             )
                                    )
Defendants.                         )
                                    )

*****

The parties advised the Court that they settled all claims in this matter [DE 15]. Accordingly, **IT IS ORDERED**:

(1) That all claims are **DISMISSED WITH PREJUDICE**;

(2) That all pending requests for relief are **DENIED AS MOOT**;

(3) That all deadlines and scheduled proceedings are **CONTINUED GENERALLY**; and

(4) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 5th day of October, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge